**This order is SIGNED.**

**Dated: December 31, 2024**



**JOEL T. MARKER**
**U.S. Bankruptcy Judge**

*Prepared and Submitted by*:

Ryan E. Simpson (11300)
ASCENT LAW, LLC
8833 South Redwood Road, Suite A
West Jordan, Utah 84088
Telephone (801) 676-5506
Fax: (888) 247-2541

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| IN RE:<br><br>KATHI M. BEVANS<br><br>Debtor. | Case No.: 24-23334<br>Chapter 13<br><br>Judge: Hon. Joel T. Marker |

**STIPULATED ORDER OF DISMISSAL OF BANKRUPTCY CASE**
**WITH PREJUDICE**

Kathi M. Bevans, the debtor (the "**Debtor**") in the above-captioned chapter 13 bankruptcy case (the "**Bankruptcy Case**"), and The Homestead Seven, Ltd. and Alma Hansen, Trustee of the Primary Source Lending, LLC, 401(k) Profit Sharing Plan (collectively, "**PSL**" and, together with the Debtor, the "**Parties**"), a creditor of the Debtor, by and through their respective counsel of

–1–

record and as evidenced by their signatures below or electronic endorsements, have stipulated and agreed to the entry of this *Stipulated Order of Dismissal* dismissing the above-captioned chapter 13 bankruptcy case (the "Bankruptcy Case"), with prejudice. Accordingly, based upon the foregoing and the Court's review of such other matters in its file as the Court deemed appropriate, and for good cause appearing, **IT IS HEREBY ORDERED, ADJUDGED, and DECREED** as follows:

1. The above-captioned Chapter 13 bankruptcy case shall be, and it hereby is, dismissed, with prejudice, and the Debtor shall be, and hereby is, prohibited and enjoined from filing any subsequent voluntary petition for relief under any chapter of the Bankruptcy Code for a period of 180 days following entry of this Order. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) any allowed expense fee to the Trustee; (2) adequate protection payments stipulated to by the parties or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the amount of $2,500.00, less any retainer on the Bankruptcy Rule 2030 statement; and (4) with the balance of such funds to be returned to the Debtor pursuant to 11 U.S.C. 1326(a)(2), by a check made payable to the Debtor and mailed to the Debtor's most recent address on file with the Bankruptcy Court.

----------------------------------------***END OF DOCUMENT***--------------------------------------

## **DESIGNATION OF PARTIES TO RECEIVE NOTICE OF COURT ORDER**

Service of the foregoing STIPULATED **ORDER OF DISMISSAL WITH PREJUDICE** shall be served on the parties in the manner designated below:

**By Electronic Service:** I certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Lon Jenkins, Ch. 13 Trustee via ECF

Office of the United States Trustee via ECF

Ryan E. Simpson via ECF, Attorney for Debtor

David H. Leigh, via ECF, Attorney for PSL

**By U.S. Mail:** In addition to the parties receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed R. Civ. P. 5(b).

All parties on the Courts official mailing matrix not entitled to receive notice through the CM/ECF system

/s/ Ryan E. Simpson
Ryan E. Simpson